# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE EMMES COMPANY, LLC,

    *Plaintiff,*

v.

SAP AMERICA, INC.,

    *Defendant.*

CIVIL ACTION
NO. 21-0019

## ORDER

**AND NOW**, this 28th day of April 2021, upon consideration of Defendant's Motion to Dismiss (ECF 11), Plaintiff's Response (ECF 26) and Defendant's Reply (ECF 27), it is hereby **ORDERED** that, for the reasons stated in the Court's Memorandum:

1. Defendant's Motion is **GRANTED** as to Counts II, III, IV and V of the Complaint. Counts II and IV are **DISMISSED without prejudice**. Counts III and V are **DISMISSED with prejudice**.

2. Defendant's Motion is **DENIED** in all other respects.

3. Plaintiff may amend its Complaint, consistent with the Court's Memorandum, on or before Wednesday, May 12, 2021.

        BY THE COURT:

        ***/s/ Gerald J. Pappert***
        GERALD J. PAPPERT, J.